**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **CRENSHAW MEDIA GROUP LLC,** § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | CIVIL ACTION: _____ |
| § | |
| **JOHN DOE a/k/a** § | |
| **LARRY LAFLAMME,** § | |
| § | |
| § | |
| § | |
| Defendant. § | |

**PLAINTIFF'S ORIGINAL COMPLAINT FOR DAMAGES AND INJUNCTIVE
RELIEF AND DEMAND FOR JURY TRIAL**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW Crenshaw Media Group, LLC, complaining of the actions of Larry LaFlamme, and would respectfully show this Court the following:

**I.    PARTIES**

1.    Plaintiff Crenshaw Media Group, LLC ("**Plaintiff**" and/or "**CMG**") is a Texas limited liability company with its principal place of business located at 3490 North Preston Lakes, Celina, Texas 75009.

2.    Defendant John Doe a/k/a Larry LaFlamme ("**LaFlamme**" and/or "**Defendant**") is purportedly believed to be an individual residing in the State of New York, and pursuant to information provided by said Defendant to YouTube, may be able to be served with process by serving him at his residence located at 109 Forest Ave., Carolga Lake, Caroga Lake, New York 12032, or anywhere else he may be located. Plaintiff, however, is of the reasonable belief that Larry LaFlamme is an alias and does

not reside at the address that was provided, and therefore, a subpoena under 17 U.S.C. § 512(h) will likely be necessary to obtain the identity of the infringing party that goes by the name LaFlamme.

## II. JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction over the claims in this action pursuant to 28 U.S.C. §§ 1331 and 1338 because it arises under the U.S. Copyright Act, 17 U.S.C. § 101, et. seq., the Digital Millennium Copyright Act, 17 U.S.C. § 1201, and has supplemental jurisdiction for any remaining claims pursuant to 28 U.S.C. § 1368.

4. LaFlamme is subject to the personal jurisdiction of Texas courts because his acts of violating federal laws took place, at least in part, within the State of Texas. LaFlamme also has sufficient minimum contacts with the State of Texas as he has engaged in the infringement and piracy of copyrighted works and placed the protected works in the stream of commerce with knowledge that such conduct would harm Plaintiff in the State of Texas, including this District. LaFlamme has purposefully availed himself of the laws of Texas by continually publishing copyrighted work in the State of Texas, and the claims asserted herein against LaFlamme arise from the activities of LaFlamme arise from the activities of LaFlame in Texas. As such, Texas' long arm statute is also satisfied and this District has personal jurisdiction over LaFlamme.

5. Venue is appropriate in this District under 28 U.S.C. 1391(b). Venue is also appropriate in this district pursuant to 28 U.S.C. § 1400(a) because this case asserts claims relating to the protection of copyrighted works

### III.  FACTUAL BACKGROUND

6. Crenshaw Medial Group LLC **("CMG")** produces a popular podcast called Sasquatch Chronicles, which is available at https://sasquatchchronicles.com/  Some of the content is publicly available for free, and some of the content is available only through a paid subscription.

7. CMG  hold copyrights to the sound recordings in *The Sasquatch Chronicles: The Colorado Sasquatch* ©  2016 Crenshaw Media Group, LLC, U.S. Copyright Registration Number SR-790-356; *Sasquatch Chronicles Introduction I*, U.S. Copyright Application Number 1-5732567561; *Sasquatch Chronicles Introduction II*, U.S. Copyright Application Number 1-5710862181; and *Sasquatch Chronicles Introduction III*, U.S. Copyright Application Number 1-5732567677; copies of which are attached hereto as **Exhibit "A"** and incorporated herein as if set forth herein.

8. CMG has been using the brand name, SASQUATCH CHRONICALS (with design) since at least as early as 2015 and has used this name continuously in connection with entertainment and educational services.  CMG has also been using the same name brand, SASQUATCH CHRONICLES (with design) continuously since at least as early as 2016 for coffee cups.  CMG was awarded the United States Registration Nos. 4,995,121 and 5,110,430 fully shown in **Exhibit "B,"** and incorporated herein as full:



*CMG Registered Trademark*

9. CMG has continuously been the exclusive owner of the valuable intellectual property rights described above and set forth in **Exhibits "A" and "B"** and sometimes referenced herein as **"Registered Work."**

10. In late July of 2017, CMG discovered that its protected intellectual property had been pirated and been unlawfully posted by a YouTube user, identified as eliottdavis37. On July 31, 2017, counsel for CMG sent YouTube a letter demanding that it, among other things, to remove the content that was infringing on CMG's copyright and registered trademarks. A true and correct copy of that letter is attached hereto as **Exhibit "C,"** and incorporated herein in full.

11. LaFlamme has infringed and pirated CMG's protected Registered Work by posting CMG's material on websites, such as *https://www.youtube.com/watch?v=OkUMejsf_r0*,, as well as the hundred other URLs listed in **Exhibit "D,"** which is incorporated herein as if set forth in full. The material posted on the websites listed on Exhibit "D" all infringe CMG's Registered Work:



12. The following websites infringe upon CMG's protected copyrights and trademarks, which may overlap with some of the URLs contained in **Exhibit "D:"**

- http://www.youtube.com/watch?v=qXU91xCw06U
- http://www.youtube.com/watch?v=tiZfPlZfEPQ
- http://www.youtube.com/watch?v=hus98EZj84w
- http://www.youtube.com/watch?v=ONRVIQh7BCM
- http://www.youtube.com/watch?v=wIQ-r1PMDdQ
- http://www.youtube.com/watch?v=Idfq-09edC0
- http://www.youtube.com/watch?v=7ZTzx8LMXrk
- http://www.youtube.com/watch?v=NIIwqk2TJME
- http://www.youtube.com/watch?v=LVxYbTeHEX8
- http://www.youtube.com/watch?v=RkU1TT8C2o8
- http://www.youtube.com/watch?v=4Sq9cIHuwFU
- http://www.youtube.com/watch?v=Bv5DoVN3Xsc
- http://www.youtube.com/watch?v=OQAzRvvo0e8
- http://www.youtube.com/watch?v=bbwn9vTC-zA
- http://www.youtube.com/watch?v=ZC7rtVxHEck
- http://www.youtube.com/watch?v=cdbqHBOoClI
- http://www.youtube.com/watch?v=UF0B9t09QA8
- http://www.youtube.com/watch?v=3IXXUGuz7r4
- http://www.youtube.com/watch?v=ilLPMffajKM
- http://www.youtube.com/watch?v=rit4udVISxk
- http://www.youtube.com/watch?v=5hgLFTTIpII
- http://www.youtube.com/watch?v=kjsgauNDtEQ
- http://www.youtube.com/watch?v=RWQ2heQYljg
- http://www.youtube.com/watch?v=onb2buGdYGY
- http://www.youtube.com/watch?v=CoJ-yJLwc-c
- http://www.youtube.com/watch?v=tDdZ6iwSLwI
- http://www.youtube.com/watch?v=S3S5HCpEjqY
- http://www.youtube.com/watch?v=rj6LZqI89as
- http://www.youtube.com/watch?v=toRJApVmXVw
- http://www.youtube.com/watch?v=wULHODaD4dI
- http://www.youtube.com/watch?v=eGB89ROuYhc
- http://www.youtube.com/watch?v=PBGgu6UVHRI
- http://www.youtube.com/watch?v=s0ER_R83ivk
- http://www.youtube.com/watch?v=kH0alADtoj8
- http://www.youtube.com/watch?v=TSzJQFMo9pY
- http://www.youtube.com/watch?v=amZz2rQ9Xzs
- http://www.youtube.com/watch?v=JOTep54qdCQ
- http://www.youtube.com/watch?v=jUV_OPmxjRM
- http://www.youtube.com/watch?v=LUFXhvxe2x4
- http://www.youtube.com/watch?v=OWQ42o4Xa_8
- http://www.youtube.com/watch?v=TpS7ZLETgIk
- http://www.youtube.com/watch?v=s-KXcDOg22o

- http://www.youtube.com/watch?v=n-fq2sS3OUk
- http://www.youtube.com/watch?v=gtDiED9Qxa8
- http://www.youtube.com/watch?v=AXxpj8eiIQ0
- http://www.youtube.com/watch?v=cLL4Hke0rPU
- http://www.youtube.com/watch?v=fggJ9AFv8tM
- http://www.youtube.com/watch?v=MKzDGh1O3rk
- http://www.youtube.com/watch?v=sJkZDaQjSuo
- http://www.youtube.com/watch?v=rdQirAm4XHM
- http://www.youtube.com/watch?v=fIhmcknWka8
- http://www.youtube.com/watch?v=X6d_2lUc3WU
- http://www.youtube.com/watch?v=pOAsegqWwoY
- http://www.youtube.com/watch?v=ReYwEPiNHpM
- http://www.youtube.com/watch?v=sgOBJANUcf0
- http://www.youtube.com/watch?v=267E35fRiZg
- http://www.youtube.com/watch?v=z1QpWe5FJfk
- http://www.youtube.com/watch?v=ofJXzsU6JvM
- http://www.youtube.com/watch?v=xkipF_RQ7_4
- http://www.youtube.com/watch?v=bqHGTeuCK50
- http://www.youtube.com/watch?v=YAvpwjDsqR0
- http://www.youtube.com/watch?v=d2ykSZCbxMY
- http://www.youtube.com/watch?v=-Rx3nZr9Oo8
- http://www.youtube.com/watch?v=AtpEDSbkSVE
- http://www.youtube.com/watch?v=wWJ9nLiNtm8
- http://www.youtube.com/watch?v=DAWsdRDHhaU
- http://www.youtube.com/watch?v=olB24tyN-N0
- http://www.youtube.com/watch?v=qVp3iUfhw_g
- http://www.youtube.com/watch?v=CbA1Av9tz9M
- http://www.youtube.com/watch?v=hUCbvdyhURM
- http://www.youtube.com/watch?v=CXLyelGMBuo
- http://www.youtube.com/watch?v=dhE7vfTUJ7E
- http://www.youtube.com/watch?v=GfCRZKI-Sn4
- http://www.youtube.com/watch?v=uCNpleyeCFg
- http://www.youtube.com/watch?v=Gp07JGsUHL8
- http://www.youtube.com/watch?v=_Cd_wERQ3sQ
- http://www.youtube.com/watch?v=elPZmkbkVPE
- http://www.youtube.com/watch?v=3R7g1gpef-s
- http://www.youtube.com/watch?v=7LzM96H4R0U
- http://www.youtube.com/watch?v=7N0xniREqoQ
- http://www.youtube.com/watch?v=HkFi99_HzNs
- http://www.youtube.com/watch?v=2-d-hoZnOcc
- http://www.youtube.com/watch?v=KpHu8mr_kDk
- http://www.youtube.com/watch?v=NV7P86FyRGw
- http://www.youtube.com/watch?v=kzxSe-eFKIw
- http://www.youtube.com/watch?v=FDuSPu47EVk
- http://www.youtube.com/watch?v=e5dQPRjuNuo
- http://www.youtube.com/watch?v=N3xARjZ9lQ8
- http://www.youtube.com/watch?v=6h1iORsJ_U8

- http://www.youtube.com/watch?v=Yi44CGvv9Uw
- http://www.youtube.com/watch?v=1RK6XIRwfBQ
- http://www.youtube.com/watch?v=DeZIT9hAC-s
- http://www.youtube.com/watch?v=hwccCVGd-3c
- http://www.youtube.com/watch?v=etIqUuZrans
- http://www.youtube.com/watch?v=SWF76KFFp7E
- http://www.youtube.com/watch?v=jgcuJozc6fE
- http://www.youtube.com/watch?v=hYT5SiyJsJk
- http://www.youtube.com/watch?v=Avtgx4OfXFU
- http://www.youtube.com/watch?v=BJ6whnYbl7Y
- http://www.youtube.com/watch?v=RQnv8Sc1Pv8
- http://www.youtube.com/watch?v=QOr31KRpclA
- http://www.youtube.com/watch?v=JBM1_031RRQ
- http://www.youtube.com/watch?v=M6AQgoDfxQM
- http://www.youtube.com/watch?v=GoBeu0X_7b8
- http://www.youtube.com/watch?v=YCZTKfVdkak
- http://www.youtube.com/watch?v=0Ee88Cip_Ck
- http://www.youtube.com/watch?v=vbVN7mTyVYc
- http://www.youtube.com/watch?v=caeWNGmBC_c
- http://www.youtube.com/watch?v=ZUU1mALkZiA
- http://www.youtube.com/watch?v=RrhJc-rEEp8
- http://www.youtube.com/watch?v=vI5PQ5SVV-Y
- http://www.youtube.com/watch?v=idnswNyFmkE
- http://www.youtube.com/watch?v=vFMKuzubgOM
- http://www.youtube.com/watch?v=WhsipvC7gQQ
- http://www.youtube.com/watch?v=Z7h2Cbhe3jk
- http://www.youtube.com/watch?v=XRIYJUlNU0Y
- http://www.youtube.com/watch?v=eQ_c1XHYVeQ
- http://www.youtube.com/watch?v=S2H1VeAogOE
- http://www.youtube.com/watch?v=Niv1nxeAVAE
- http://www.youtube.com/watch?v=pFvBzahFWc0
- http://www.youtube.com/watch?v=kCkML6oaQpo
- http://www.youtube.com/watch?v=yjadDDCGG70
- http://www.youtube.com/watch?v=JAJDWPG-Cqk
- http://www.youtube.com/watch?v=UEB76tv60W8
- http://www.youtube.com/watch?v=RO1Ot8Cjm0Q
- http://www.youtube.com/watch?v=Ho3LshhM1Oc
- http://www.youtube.com/watch?v=soPMsXFyND4
- http://www.youtube.com/watch?v=DtH2FvWbvpc
- http://www.youtube.com/watch?v=O6Eemzm4Y8A
- http://www.youtube.com/watch?v=rP0NvnRY0GY
- http://www.youtube.com/watch?v=-X02S5pH0rE
- http://www.youtube.com/watch?v=ugbsLm6p1Qc
- http://www.youtube.com/watch?v=zNgYpqa65H0
- http://www.youtube.com/watch?v=jR6A0CcUjTs
- http://www.youtube.com/watch?v=Uj3rhNUxF-M
- http://www.youtube.com/watch?v=Tdd5DU3xA-Y

- http://www.youtube.com/watch?v=ZzjyQidynmU
- http://www.youtube.com/watch?v=3nGTB54gRCU
- http://www.youtube.com/watch?v=zB3dpKsxMbU
- http://www.youtube.com/watch?v=XKoq9DOXV9Q
- http://www.youtube.com/watch?v=BPplzY9jTTI
- http://www.youtube.com/watch?v=ZKnnDukyPwk
- http://www.youtube.com/watch?v=lvkzRCIgpxM
- http://www.youtube.com/watch?v=Qbbg2IXsQS8
- http://www.youtube.com/watch?v=hCQ_cwHWog8
- http://www.youtube.com/watch?v=5HOja5P_4sk
- http://www.youtube.com/watch?v=kVN_RHkyyho
- http://www.youtube.com/watch?v=gufWn99Emy8
- http://www.youtube.com/watch?v=jXilzQwmARk
- http://www.youtube.com/watch?v=kqMc3s0g9yY
- http://www.youtube.com/watch?v=gtA8-uOdpiw
- http://www.youtube.com/watch?v=ExE6ZyqLhc0
- http://www.youtube.com/watch?v=cVqiu7IwWqQ
- http://www.youtube.com/watch?v=U7e-JVdjDa8
- http://www.youtube.com/watch?v=oYiyfuRm0x8
- http://www.youtube.com/watch?v=AxehkkHddnA
- http://www.youtube.com/watch?v=4uZV-Sa4IlA
- http://www.youtube.com/watch?v=axd0-MyRF4A
- http://www.youtube.com/watch?v=CrGUEsHSoEw
- http://www.youtube.com/watch?v=JoO77K2tZ8o
- http://www.youtube.com/watch?v=lapIo9-YscA
- http://www.youtube.com/watch?v=DWh0f3Jm-Uo
- http://www.youtube.com/watch?v=OkUMejsf_r0
- http://www.youtube.com/watch?v=1W4K0sreQh8
- http://www.youtube.com/watch?v=wZ9ja6HL4Y0
- http://www.youtube.com/watch?v=agnxWYOP97Q
- http://www.youtube.com/watch?v=HPvB6DHxWSc
- http://www.youtube.com/watch?v=wlO2KCuYvsc
- http://www.youtube.com/watch?v=EAGOWgV2bGk
- http://www.youtube.com/watch?v=G9tV9PlOS9I
- http://www.youtube.com/watch?v=8xYzHHNK4cs
- http://www.youtube.com/watch?v=8oLN3IMX7Q8
- http://www.youtube.com/watch?v=FggemrIaz4Y
- http://www.youtube.com/watch?v=hnRgHdeFQAA
- http://www.youtube.com/watch?v=qt6bCs6TTqo
- http://www.youtube.com/watch?v=p8Suj39i5VI
- http://www.youtube.com/watch?v=4-2cEheKsZA
- http://www.youtube.com/watch?v=TSWoTiAC_Wo
- http://www.youtube.com/watch?v=c75uYBtUG9U
- http://www.youtube.com/watch?v=3ZReBEly3nc
- http://www.youtube.com/watch?v=LQ2K9KFfB9o
- http://www.youtube.com/watch?v=KrTDyZr2V50
- http://www.youtube.com/watch?v=vyPIt6e_nqc

ORIGINAL COMPLAINT FOR DAMAGES & INJUNCTIVE RELIEF –   PAGE 8
#789337

- http://www.youtube.com/watch?v=WJvgCWVFBrs
- http://www.youtube.com/watch?v=fU4sFfa-fT8
- http://www.youtube.com/watch?v=1XapnHi0P5k
- http://www.youtube.com/watch?v=Ok8Fy7ak5X0
- http://www.youtube.com/watch?v=RxWCmSet2Zo
- http://www.youtube.com/watch?v=WD80Ye2co3Q
- http://www.youtube.com/watch?v=M9WCrlk-SUs
- http://www.youtube.com/watch?v=4jSyIs-U6xQ
- http://www.youtube.com/watch?v=hsBORxWws3A
- http://www.youtube.com/watch?v=yYnsGYsaqcc
- http://www.youtube.com/watch?v=uQGGcIRmlDQ
- http://www.youtube.com/watch?v=Y3Sx8RqXyvY
- http://www.youtube.com/watch?v=AmNkU_k8zUs
- http://www.youtube.com/watch?v=t5232BZy70g
- http://www.youtube.com/watch?v=R6NJ3niIuvY
- http://www.youtube.com/watch?v=qmObG4InsIY
- http://www.youtube.com/watch?v=4XhJhepDbEc
- http://www.youtube.com/watch?v=H0tRGHFjpsI
- http://www.youtube.com/watch?v=-c6RrciPr8Q
- http://www.youtube.com/watch?v=r38stZu6BQ0
- http://www.youtube.com/watch?v=YASkYresW_E
- http://www.youtube.com/watch?v=eCl9S0nxKN8
- http://www.youtube.com/watch?v=ysJ7Rh3kEwc
- http://www.youtube.com/watch?v=obWuBmoYKVM
- http://www.youtube.com/watch?v=GoH4Ji2UFQo
- http://www.youtube.com/watch?v=nJpIFRoZlGg
- http://www.youtube.com/watch?v=he4RnO53_v8
- http://www.youtube.com/watch?v=puEbABqD3KE
- http://www.youtube.com/watch?v=91y74PXa58s
- http://www.youtube.com/watch?v=_nDLl9_tUUE
- http://www.youtube.com/watch?v=xMYR0YPd0Q0
- http://www.youtube.com/watch?v=u3WQ5G71zeg
- http://www.youtube.com/watch?v=u25afgaCPTk
- http://www.youtube.com/watch?v=jwtAFA25Fts
- http://www.youtube.com/watch?v=9eb_PTZ42EA
- http://www.youtube.com/watch?v=dFJb4Lql5J0
- http://www.youtube.com/watch?v=tiZY9u6DCn8
- http://www.youtube.com/watch?v=4nCfjd_MZjI
- http://www.youtube.com/watch?v=a5pnrqOiOPE
- http://www.youtube.com/watch?v=dlBuosdRo1E
- http://www.youtube.com/watch?v=XVdcMrt8QcM
- http://www.youtube.com/watch?v=klT8o6IGprs
- http://www.youtube.com/watch?v=9qmI9WNgMRo
- http://www.youtube.com/watch?v=GPVerIZtPqY
- http://www.youtube.com/watch?v=iuJq865-ihE
- http://www.youtube.com/watch?v=GBkHkL3UrBA
- http://www.youtube.com/watch?v=QJT1LiGohLs

- http://www.youtube.com/watch?v=wiCaiSc9GDo
- http://www.youtube.com/watch?v=aQPWTyuSgNw
- http://www.youtube.com/watch?v=goqTiEqw_tw
- http://www.youtube.com/watch?v=AqMvusbCUs0
- http://www.youtube.com/watch?v=ZE-hYy0WTQw
- http://www.youtube.com/watch?v=bDmRjiSj4PU
- http://www.youtube.com/watch?v=RknGf0M68yM
- http://www.youtube.com/watch?v=74q2CSob6KE
- http://www.youtube.com/watch?v=--lmC9ilKf8
- http://www.youtube.com/watch?v=gdXkdHQKoOQ
- http://www.youtube.com/watch?v=S2l0j2GxjTQ
- http://www.youtube.com/watch?v=_v6nUre2b5E
- http://www.youtube.com/watch?v=KBOlHNIcbJA

13. On August 1, 2017, YouTube confirmed that CMG's protected content had been removed from the user's YouTube. **See Exhibit "E."**

14. However, after receiving notification of the removal, YouTube user eliottdavis37, who is Defendant Larry LaFlamme, contested CMG's ownership of the copyright and trademark material on August 4, 2017, and invited CMG to file suit to establish ownership. **See Exhibits "F" and "G."**

15. LaFlamme knowingly and intentionally infringed on CMG's protected intellectual property by posting CMG's property onto YouTube servers without consent or authorization.

16. LaFlamme has failed or refused to comply with the terms and conditions of the July 31, 2017 letter, forcing CMG to institute this litigation. The July 31, 2017 letter has nonetheless provided LaFlamme with actual notice of CMG's claims and CMG's registered Copyright and registered Trademarks. Thus, LaFlamme's continued infringement of CMG's intellectual property is willful.

17. CMG hired the undersigned counsel to prosecute its infringement claims and agreed to pay counsel a reasonable free for services rendered. LaFlamme is required to pay for CMG's attorney's fees as a result of his willful conduct.

## IV.   CAUSES OF ACTION

### COUNT I
### Copyright Infringement (17 U.S.C. § 501, et. seq.)

18.  The allegations in the preceding paragraphs are incorporated herein as if set forth in full.

19.  Plaintiff CMG is the owner of all rights, title and interest in all recordings, including the sound recording *The Sasquatch Chronicles: The Colorado Sasquatch* © which is registered with the U.S. Copyright Office as Registration SR 790-356; *Sasquatch Chronicles Introduction I*, U.S. Copyright Application Number 1-5732567561; *Sasquatch Chronicles Introduction II*, U.S. Copyright Application Number 1-5710862181; and *Sasquatch Chronicles Introduction III*, U.S. Copyright Application Number 1-5732567677; copies of which are9999 attached hereto as **Exhibit "A."**

20.  Defendant infringed on CMG"s Copyright in violation of 17 U.S.C. § 501, et seq. by copying and posting CMG's Registered Work on YouTube's server without CMG's authorization to do so.

21.  Defendant knew or should have known that persons downloading CMG's Registered Word from YouTube would be directly infringing on CMG's copyrights.

22.  Defendant's infringement was willful.

23.  Defendant's unlawful use of Plaintiff's Registered Work has diminished the value of the original work by diluting the market and destroying the distinctiveness of the original work and its identity as being Plaintiff's exclusive property.

24.  Plaintiff is entitled to recover from Defendant the damages Plaintiff has sustained as a result of these wrongful acts.  Plaintiff is further entitled to recover from

Defendant any gains, profits, or advantages Defendant has obtained as a result of these wrongful acts.

25.     Plaintiff is entitled to recover from Defendant statutory damages for each of these past and/or continuing willful violations of Plaintiff's Copyright.  Plaintiff is further entitled to recover from Defendant costs and reasonable attorneys' fees.

## COUNT II
## Removal or Alternation of Copyright Management Information
## Digital Millennium Copyright Act (17 U.S.C. § 1201 et. seq)

26.     The allegations in the preceding paragraphs are incorporated herein as if set forth in full.

27.     Defendant intentionally removed copyright management information from Plaintiff's Registered Copyright without the authority, consent or permission of Plaintiff or the law, and knowing, or having reasonable grounds to know, that the removal would induce, enable, facilitate, or conceal infringement of CMG's Registered Work.

28.     Defendant knew or should have known that persons downloading the Registered Work from YouTube would be directly infringing of CMG's copyrights. Defendant knew or should have known that each download from YouTube would violate the integrity of CMG's Registered Work under 17 U.S.C. § 1202.  Defendant's acts constitute a violation under the Digital Millennium Copyright Act.

29.     Plaintiff is entitled to recover from Defendant statutory damages for each of its past and/or continuing violations of 17 U.S.C. § 1202.  Plaintiff also requests a permanent injunction to run the length of Plaintiff's Registered Work, enjoining Defendant, his agents, from marking, selling, using, or offering Plaintiff's Registered

Work to any person. Plaintiff is also entitled to recover from Defendant its costs and reasonable attorneys' fees.

## COUNT III
### Infringement of Registered Trademarks under the Lanham Act 15 U.S.C. §1114

30. The allegations in the preceding paragraphs are incorporated herein as if set forth in full.

31. Plaintiff is the owner of United States Registration Nos. 4,995,121 and 5,110,430 (the "Trademarks"). Defendant used and published Plaintiff's Trademarks in commerce without permission, authority or consent from Plaintiff or the law.

32. Defendant's unlawful use of the protected Trademarks will likely cause confusion to the affiliation, connection or association of Defendant with Plaintiff, or as to the origin, sponsorship, or approval of Defendant's goods, services and/or commercial activities by Plaintiff.

33. As a direct and proximate result of Defendant's infringement, Plaintiff has suffered damages in an amount to be determined at trial.

34. Furthermore, pursuant to Section 35 of the Lanham Act, 15 U.S.C. § 1117(a), Plaintiff is entitled to monetary damages, Defendant's profits, costs and prejudgment interest.

35. Due to Defendant's malicious, fraudulent, or willful conduct demonstrating a high degree of culpability, this is an exceptional case under Section 35 of the Lanham Act, 15 U.S.C. §1117(a), entitling Plaintiff to recover its attorneys' fees and up to three times its actual costs.

36. Pursuant to Section 34 of the Lanham Act, 15 U.S.C. § 1116, Plaintiff is entitled to immediate preliminary and ultimately permanent injunctive relief to prevent

damage to Plaintiff and to prohibit Defendant from further violations of the Lanham Act.

## V. PRAYER FOR RELIEF

WHEREFORE, Crenshaw Media Group, LLC prays that the Court enter judgment in its favor on each and every claim for relief set forth above and award it relief against Defendant, and holding him liable for the following:

   a. An injunction enjoining Defendant, its agents, and any and all persons in active concert or participation with him from using any of CMG's Registered Works;

   b. Awarding CMG the fullest extent monetary relief, including damages sustained by CMG, Defendant's profits, the cost of this action, treble damages and/or statutory damages pursuant to 15 U.S.C. § 1117(a), (b), and (c) and/or pursuant to common law;

   c. CMG's costs and attorneys' fees in this action pursuant to 15 U.S.C. § 1117, 17 U.S.C. § 505 and 17 U.S.C. § 1203(b), and any other applicable laws, pre-judgment interest, post-judgment interests; and,

   d. Such other relief as the Court may deem appropriate.

**DATED:** August 18, 2017

Respectfully submitted,

**FRIEDMAN & FEIGER, L.L.P.**

By: */s/ Shauna A. Izadi*
   **LAWRENCE J. FRIEDMAN**
   State Bar No. 07469300
   Email: lfriedman@fflawoffice.com
   **SHAUNA A. IZADI**
   State Bar No. 24041170
   Email: sizadi@fflawoffice.com

5301 Spring Valley Road, Suite 200
Dallas, Texas 75254
(972) 788-1400 (Telephone)
(972) 788-2667 (Telecopier)

**ATTORNEYS FOR PLAINTIFF**