# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**SR 790-356**

Effective Date of Registration:
April 27, 2017

## Title

| | |
|---|---|
| Title of Work: | The Colorado Sasquatch |
| Title of Larger Work: | Sasquatch Chronicles |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2016 |
| Date of 1st Publication: | March 18, 2016 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | Crenshaw Media Group LLC |
| Author Created: | sound recording |
| Work made for hire: | Yes |
| Domiciled in: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Crenshaw Media Group LLC<br>3490 North Preston Lakes Drive, Celina, TX 75009 |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | Griggs Bergen LLP |
| Name: | Scott T. Griggs |
| Email: | scott@griggslaw.com |
| Telephone: | (214)653-2400 |
| Address: | 12900 Preston Road<br>Suite 204<br>Dallas, TX 75230 |

## Certification

| | |
|---|---|
| Name: | Scott T. Griggs |

Page 1 of 2

                      **Date:** April 27, 2017
**Applicant's Tracking Number:** 1101.1010

---

        **Correspondence:** Yes



**Registration #:** *-APPLICATION-*
**Service Request #:** 1-5710862181

## Mail Certificate

Griggs Bergen LLP
Scott T. Griggs
12900 Preston Road
Suite 204
Dallas, TX 75230 United States

**Priority:** Special Handling  **Application Date:** August 14, 2017
**Note to C.O.:** The introduction is two minutes: beginning at 0:00 and ending at 2:00.

## Correspondent

**Organization Name:** Griggs Bergen LLP
**Name:** Scott T. Griggs
**Email:** scott@griggslaw.com
**Telephone:** (214)653-2400
**Address:** 12900 Preston Road
Suite 204
Dallas, TX 75230 United States

Registration Number
**\*-APPLICATION-\***

# Title

      **Title of Work:** Sasquatch Chronicles Introduction II

# Completion/Publication

      **Year of Completion:** 2014
      **Date of 1st Publication:** December 13, 2014
      **Nation of 1st Publication:** United States

# Author

-     **Author:** Crenshaw Media Group LLC
    **Author Created:** sound recording
    **Work made for hire:** Yes
    **Citizen of:** United States
    **Domiciled in:** United States

# Copyright Claimant

    **Copyright Claimant:** Crenshaw Media Group LLC
    3490 North Preston Lakes Drive, Celina, TX, 75009, United States

# Rights and Permissions

    **Organization Name:** Griggs Bergen LLP
    **Name:** Scott T. Griggs
    **Email:** filing@griggslaw.com
    **Telephone:** (214)653-2400
    **Address:** 12900 Preston Road
    Suite 204
    Dallas, TX 75230 United States

# Certification

    **Name:** Scott T. Griggs
    **Date:** August 14, 2017

**Applicant's Tracking Number:**  1101.1012

**Registration #:** *-APPLICATION-*
**Service Request #:** 1-5732567561

## Mail Certificate

Griggs Bergen LLP
Scott T. Griggs
12900 Preston Road
Suite 204
Dallas, TX 75230 United States

**Priority:** Special Handling    **Application Date:** August 17, 2017
**Note to C.O.:** The introduction is one minute, 55 seconds: beginning at 0:00 and ending at 1:55.

## Correspondent

**Organization Name:** Griggs Bergen LLP
**Name:** Scott T. Griggs
**Email:** filing@griggslaw.com
**Telephone:** (214)653-2400
**Fax:** (214)653-2401
**Address:** 12900 Preston Road
Suite 204
Dallas, TX 75230 United States

Registration Number
**\*-APPLICATION-\***

## Title

        Title of Work:   Sasquatch Chronicles Introduction I

## Completion/Publication

      Year of Completion:   2014
  Date of 1st Publication:   November 03, 2014
  Nation of 1st Publication:   United States

## Author

-           Author:   Crenshaw Media Group LLC
     Author Created:   sound recording
  Work made for hire:   Yes
         Citizen of:   United States
        Domiciled in:   United States

## Copyright Claimant

    Copyright Claimant:   Crenshaw Media Group LLC
                              3490 North Preston Lakes Drive, Celina, TX, 75009, United States

## Rights and Permissions

    Organization Name:   Griggs Bergen LLP
                  Name:   Scott T. Griggs
                Email:   filing@griggslaw.com
          Telephone:   (214)653-2400
     Alt. Telephone:   (214)653-2401
            Address:   12900 Preston Road
                                  Suite 204
                                  Dallas, TX 75230 United States

## Certification

                Name:   Scott T. Griggs

**Date:** August 17, 2017
**Applicant's Tracking Number:** 1101.1011

        **Registration #:**  *-APPLICATION-*
      **Service Request #:**  1-5732567677

## Mail Certificate

Griggs Bergen LLP
Scott T. Griggs
12900 Preston Road
Suite 204
Dallas, TX 75230 United States

        **Priority:**  Special Handling    **Application Date:**  August 17, 2017
**Note to C.O.:** The introduction begins at 0:30 and ends at 2:08 following the advertisement.

## Correspondent

      **Organization Name:**  Griggs Bergen LLP
              **Name:**  Scott T. Griggs
              **Email:**  filing@griggslaw.com
          **Telephone:**  (214)653-2400
            **Address:**  12900 Preston Road
                        Suite 204
                        Dallas, TX 75230 United States

Registration Number  
**\*-APPLICATION-\***

## Title

**Title of Work:** Sasquatch Chronicles Introduction III

## Completion/Publication

**Year of Completion:** 2016  
**Date of 1st Publication:** November 04, 2016  
**Nation of 1st Publication:** United States

## Author

- **Author:** Crenshaw Media Group LLC
- **Author Created:** sound recording
- **Work made for hire:** Yes
- **Citizen of:** United States
- **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Crenshaw Media Group LLC  
3490 North Preston Lakes Drive, Celina, TX, 75009, United States

## Rights and Permissions

**Organization Name:** Griggs Bergen LLP  
**Name:** Scott T. Griggs  
**Email:** filing@griggslaw.com  
**Telephone:** (214)653-2400  
**Address:** 12900 Preston Road  
Suite 204  
Dallas, TX 75230 United States

## Certification

**Name:** Scott T. Griggs  
**Date:** August 17, 2017

**Applicant's Tracking Number:** 1101.1013