## Maria Tedesco

| | |
|---|---|
| **From:** | Scott Griggs <griggslaw@gmail.com> |
| **Sent:** | Wednesday, August 2, 2017 10:05 AM |
| **To:** | larrylaflamme14@gmail.com |
| **Cc:** | Maria Tedesco |
| **Subject:** | Re: About Copyright |

Thank you for the email, Larry. May I have your physical address?

And I represent several clients and have multiple copyright matters. Which matter or podcast is this about?

Regards,
Scott Griggs

Scott@griggslaw.com
Tel 214-653-2400

Griggs Bergen LLP
North Dallas Bank Tower
12900 Preston Road, Suite 204
Dallas, Texas 75230



Sent from my iPad

On Aug 1, 2017, at 5:29 PM, Maria Tedesco <maria@griggslaw.com> wrote:

> See below.
>
> **From:** Larry Laflamme [mailto:larrylaflamme14@gmail.com]
> **Sent:** Tuesday, August 1, 2017 5:26 PM
> **To:** maria@griggslaw.com
> **Subject:** About Copyright
>
> Hello. Currently, my channel has removed all videos that you have taken down. As far as I know, you are not the copyright owner of this podcast. Please retract your complaint. Respect.
> Larry

1