| | |
|---|---|
| From: | YouTube |
| To: | maria@griggslaw.com |
| Subject: | Re: [1-6566000018675] New Copyright Counter-Notification |
| Date: | Friday, August 4, 2017 10:55:00 PM |



We received the attached counter notification in response to a complaint you filed with us.

We're providing you with the counter notification and await evidence (in not more than 10 business days) that you've filed an action seeking a court order against the counter notifier to restrain the allegedly infringing activity. In most cases, such evidence would include a lawsuit against the uploader who filed the counter notification, which names the specific YouTube URL(s) at issue.

If we don't receive notice from you, we may reinstate the material to YouTube.

If you have any questions, please contact copyright@youtube.com.

Counter-Notification as follows:

Videos included in counter-notification:

- http://www.youtube.com/watch?v=qXU91xCw06U
- http://www.youtube.com/watch?v=tiZfPlZfEPQ
- http://www.youtube.com/watch?v=hus98EZj84w
- http://www.youtube.com/watch?v=ONRVIQh7BCM
- http://www.youtube.com/watch?v=wIQ-r1PMDdQ
- http://www.youtube.com/watch?v=ldfq-09edC0
- http://www.youtube.com/watch?v=7ZTzx8LMXrk
- http://www.youtube.com/watch?v=NIIwqk2TJME
- http://www.youtube.com/watch?v=LVxYbTeHEX8
- http://www.youtube.com/watch?v=RkU1TT8C2o8
- http://www.youtube.com/watch?v=4Sq9clHuwFU
- http://www.youtube.com/watch?v=Bv5DoVN3Xsc
- http://www.youtube.com/watch?v=OQAzRvvo0e8
- http://www.youtube.com/watch?v=bbwn9vTC-zA
- http://www.youtube.com/watch?v=ZC7rtVxHEck
- http://www.youtube.com/watch?v=cdbqHBOoClI
- http://www.youtube.com/watch?v=UF0B9t09QA8
- http://www.youtube.com/watch?v=3lXXUGuz7r4
- http://www.youtube.com/watch?v=ilLPMffajKM
- http://www.youtube.com/watch?v=rit4udVISxk
- http://www.youtube.com/watch?v=5hgLFTTIpII
- http://www.youtube.com/watch?v=kjsgauNDtEQ
- http://www.youtube.com/watch?v=RWQ2heQYljg
- http://www.youtube.com/watch?v=onb2buGdYGY
- http://www.youtube.com/watch?v=CoJ-yJLwc-c
- http://www.youtube.com/watch?v=tDdZ6iwSLwl
- http://www.youtube.com/watch?v=S3S5HCpEjqY
- http://www.youtube.com/watch?v=rj6LZql89as
- http://www.youtube.com/watch?v=toRJApVmXVw
- http://www.youtube.com/watch?v=wULHODaD4dI
- http://www.youtube.com/watch?v=eGB89ROuYhc
- http://www.youtube.com/watch?v=PBGgu6UVHRI

- http://www.youtube.com/watch?v=s0ER_R83ivk
- http://www.youtube.com/watch?v=kH0alADtoj8
- http://www.youtube.com/watch?v=TSzJQFMo9pY
- http://www.youtube.com/watch?v=amZz2rQ9Xzs
- http://www.youtube.com/watch?v=JOTep54qdCQ
- http://www.youtube.com/watch?v=jUV_OPmxjRM
- http://www.youtube.com/watch?v=LUFXhvxe2x4
- http://www.youtube.com/watch?v=OWQ42o4Xa_8
- http://www.youtube.com/watch?v=TpS7ZLETglk
- http://www.youtube.com/watch?v=s-KXcDOg22o
- http://www.youtube.com/watch?v=n-fq2sS3OUk
- http://www.youtube.com/watch?v=gtDiED9Qxa8
- http://www.youtube.com/watch?v=AXxpj8eilQ0
- http://www.youtube.com/watch?v=cLL4Hke0rPU
- http://www.youtube.com/watch?v=fggJ9AFv8tM
- http://www.youtube.com/watch?v=MKzDGh1O3rk
- http://www.youtube.com/watch?v=sJkZDaQjSuo
- http://www.youtube.com/watch?v=rdQirAm4XHM
- http://www.youtube.com/watch?v=flhmcknWka8
- http://www.youtube.com/watch?v=X6d_2lUc3WU
- http://www.youtube.com/watch?v=pOAsegqWwoY
- http://www.youtube.com/watch?v=ReYwEPiNHpM
- http://www.youtube.com/watch?v=sgOBJANUcf0
- http://www.youtube.com/watch?v=267E35fRiZg
- http://www.youtube.com/watch?v=z1QpWe5FJfk
- http://www.youtube.com/watch?v=ofJXzsU6JvM
- http://www.youtube.com/watch?v=xkipF_RQ7_4
- http://www.youtube.com/watch?v=bqHGTeuCK50
- http://www.youtube.com/watch?v=YAvpwjDsqR0
- http://www.youtube.com/watch?v=d2ykSZCbxMY
- http://www.youtube.com/watch?v=-Rx3nZr9Oo8
- http://www.youtube.com/watch?v=AtpEDSbkSVE
- http://www.youtube.com/watch?v=wWJ9nLiNtm8
- http://www.youtube.com/watch?v=DAWsdRDHhaU
- http://www.youtube.com/watch?v=olB24tyN-N0
- http://www.youtube.com/watch?v=qVp3iUfhw_g
- http://www.youtube.com/watch?v=CbA1Av9tz9M
- http://www.youtube.com/watch?v=hUCbvdyhURM
- http://www.youtube.com/watch?v=CXLyelGMBuo
- http://www.youtube.com/watch?v=dhE7vfTUJ7E
- http://www.youtube.com/watch?v=GfCRZKI-Sn4
- http://www.youtube.com/watch?v=uCNpleyeCFg
- http://www.youtube.com/watch?v=Gp07JGsUHL8
- http://www.youtube.com/watch?v=_Cd_wERQ3sQ
- http://www.youtube.com/watch?v=elPZmkbkVPE
- http://www.youtube.com/watch?v=3R7g1gpef-s
- http://www.youtube.com/watch?v=7LzM96H4R0U
- http://www.youtube.com/watch?v=7N0xniREqoQ
- http://www.youtube.com/watch?v=HkFi99_HzNs
- http://www.youtube.com/watch?v=2-d-hoZnOcc
- http://www.youtube.com/watch?v=KpHu8mr_kDk
- http://www.youtube.com/watch?v=NV7P86FyRGw
- http://www.youtube.com/watch?v=kzxSe-eFKlw
- http://www.youtube.com/watch?v=FDuSPu47EVk
- http://www.youtube.com/watch?v=e5dQPRjuNuo
- http://www.youtube.com/watch?v=N3xARjZ9lQ8
- http://www.youtube.com/watch?v=6h1iORsJ_U8

- http://www.youtube.com/watch?v=Yi44CGvv9Uw
- http://www.youtube.com/watch?v=1RK6XIRwfBQ
- http://www.youtube.com/watch?v=DeZlT9hAC-s
- http://www.youtube.com/watch?v=hwccCVGd-3c
- http://www.youtube.com/watch?v=etlqUuZrans
- http://www.youtube.com/watch?v=SWF76KFFp7E
- http://www.youtube.com/watch?v=jgcuJozc6fE
- http://www.youtube.com/watch?v=hYT5SiyJsJk
- http://www.youtube.com/watch?v=Avtgx4OfXFU
- http://www.youtube.com/watch?v=BJ6whnYbl7Y
- http://www.youtube.com/watch?v=RQnv8Sc1Pv8
- http://www.youtube.com/watch?v=QOr31KRpclA
- http://www.youtube.com/watch?v=JBM1_031RRQ
- http://www.youtube.com/watch?v=M6AQgoDfxQM
- http://www.youtube.com/watch?v=GoBeu0X_7b8
- http://www.youtube.com/watch?v=YCZTKfVdkak
- http://www.youtube.com/watch?v=0Ee88Cip_Ck
- http://www.youtube.com/watch?v=vbVN7mTyVYc
- http://www.youtube.com/watch?v=caeWNGmBC_c
- http://www.youtube.com/watch?v=ZUU1mALkZiA
- http://www.youtube.com/watch?v=RrhJc-rEEp8
- http://www.youtube.com/watch?v=vI5PQ5SVV-Y
- http://www.youtube.com/watch?v=idnswNyFmkE
- http://www.youtube.com/watch?v=vFMKuzubgOM
- http://www.youtube.com/watch?v=WhsipvC7gQQ
- http://www.youtube.com/watch?v=Z7h2Cbhe3jk
- http://www.youtube.com/watch?v=XRIYJUINU0Y
- http://www.youtube.com/watch?v=eQ_c1XHYVeQ
- http://www.youtube.com/watch?v=S2H1VeAogOE
- http://www.youtube.com/watch?v=Niv1nxeAVAE
- http://www.youtube.com/watch?v=pFvBzahFWc0
- http://www.youtube.com/watch?v=kCkML6oaQpo
- http://www.youtube.com/watch?v=yjadDDCGG70
- http://www.youtube.com/watch?v=JAJDWPG-Cqk
- http://www.youtube.com/watch?v=UEB76tv60W8
- http://www.youtube.com/watch?v=RO1Ot8Cjm0Q
- http://www.youtube.com/watch?v=Ho3LshhM1Oc
- http://www.youtube.com/watch?v=soPMsXFyND4
- http://www.youtube.com/watch?v=DtH2FvWbvpc
- http://www.youtube.com/watch?v=O6Eemzm4Y8A
- http://www.youtube.com/watch?v=rP0NvnRY0GY
- http://www.youtube.com/watch?v=-X02S5pH0rE
- http://www.youtube.com/watch?v=ugbsLm6p1Qc
- http://www.youtube.com/watch?v=zNgYpqa65H0
- http://www.youtube.com/watch?v=jR6A0CcUjTs
- http://www.youtube.com/watch?v=Uj3rhNUxF-M
- http://www.youtube.com/watch?v=Tdd5DU3xA-Y
- http://www.youtube.com/watch?v=ZzjyQidynmU
- http://www.youtube.com/watch?v=3nGTB54gRCU
- http://www.youtube.com/watch?v=zB3dpKsxMbU
- http://www.youtube.com/watch?v=XKoq9DOXV9Q
- http://www.youtube.com/watch?v=BPplzY9jTTI
- http://www.youtube.com/watch?v=ZKnnDukyPwk
- http://www.youtube.com/watch?v=lvkzRClgpxM
- http://www.youtube.com/watch?v=Qbbg2IXsQS8
- http://www.youtube.com/watch?v=hCQ_cwHWog8
- http://www.youtube.com/watch?v=5HOja5P_4sk

- http://www.youtube.com/watch?v=kVN_RHkyyho
- http://www.youtube.com/watch?v=gufWn99Emy8
- http://www.youtube.com/watch?v=jXilzQwmARk
- http://www.youtube.com/watch?v=kqMc3s0g9yY
- http://www.youtube.com/watch?v=gtA8-uOdpiw
- http://www.youtube.com/watch?v=ExE6ZyqLhc0
- http://www.youtube.com/watch?v=cVqiu7lwWqQ
- http://www.youtube.com/watch?v=U7e-JVdjDa8
- http://www.youtube.com/watch?v=oYiyfuRm0x8
- http://www.youtube.com/watch?v=AxehkkHddnA
- http://www.youtube.com/watch?v=4uZV-Sa4llA
- http://www.youtube.com/watch?v=axd0-MyRF4A
- http://www.youtube.com/watch?v=CrGUEsHSoEw
- http://www.youtube.com/watch?v=JoO77K2tZ8o
- http://www.youtube.com/watch?v=laplo9-YscA
- http://www.youtube.com/watch?v=DWh0f3Jm-Uo
- http://www.youtube.com/watch?v=OkUMejsf_r0
- http://www.youtube.com/watch?v=1W4K0sreQh8
- http://www.youtube.com/watch?v=wZ9ja6HL4Y0
- http://www.youtube.com/watch?v=agnxWYOP97Q
- http://www.youtube.com/watch?v=HPvB6DHxWSc
- http://www.youtube.com/watch?v=wlO2KCuYvsc
- http://www.youtube.com/watch?v=EAGOWgV2bGk
- http://www.youtube.com/watch?v=G9tV9PlOS9l
- http://www.youtube.com/watch?v=8xYzHHNK4cs
- http://www.youtube.com/watch?v=8oLN3lMX7Q8
- http://www.youtube.com/watch?v=Fggemrlaz4Y
- http://www.youtube.com/watch?v=hnRgHdeFQAA
- http://www.youtube.com/watch?v=qt6bCs6TTqo
- http://www.youtube.com/watch?v=p8Suj39i5Vl
- http://www.youtube.com/watch?v=4-2cEheKsZA
- http://www.youtube.com/watch?v=TSWoTiAC_Wo
- http://www.youtube.com/watch?v=c75uYBtUG9U
- http://www.youtube.com/watch?v=3ZReBEly3nc
- http://www.youtube.com/watch?v=LQ2K9KFfB9o
- http://www.youtube.com/watch?v=KrTDyZr2V50
- http://www.youtube.com/watch?v=vyPlt6e_nqc
- http://www.youtube.com/watch?v=WJvgCWVFBrs
- http://www.youtube.com/watch?v=fU4sFfa-fT8
- http://www.youtube.com/watch?v=1XapnHi0P5k
- http://www.youtube.com/watch?v=Ok8Fy7ak5X0
- http://www.youtube.com/watch?v=RxWCmSet2Zo
- http://www.youtube.com/watch?v=WD80Ye2co3Q
- http://www.youtube.com/watch?v=M9WCrlk-SUs
- http://www.youtube.com/watch?v=4jSyls-U6xQ
- http://www.youtube.com/watch?v=hsBORxWws3A
- http://www.youtube.com/watch?v=yYnsGYsaqcc
- http://www.youtube.com/watch?v=uQGGclRmlDQ
- http://www.youtube.com/watch?v=Y3Sx8RqXyvY
- http://www.youtube.com/watch?v=AmNkU_k8zUs
- http://www.youtube.com/watch?v=t5232BZy70g
- http://www.youtube.com/watch?v=R6NJ3niIuvY
- http://www.youtube.com/watch?v=qmObG4InslY
- http://www.youtube.com/watch?v=4XhJhepDbEc
- http://www.youtube.com/watch?v=H0tRGHFjpsl
- http://www.youtube.com/watch?v=-c6RrciPr8Q
- http://www.youtube.com/watch?v=r38stZu6BQ0

- http://www.youtube.com/watch?v=YASkYresW_E
- http://www.youtube.com/watch?v=eCl9S0nxKN8
- http://www.youtube.com/watch?v=ysJ7Rh3kEwc
- http://www.youtube.com/watch?v=obWuBmoYKVM
- http://www.youtube.com/watch?v=GoH4Ji2UFQo
- http://www.youtube.com/watch?v=nJplFRoZIGg
- http://www.youtube.com/watch?v=he4RnO53_v8
- http://www.youtube.com/watch?v=puEbABqD3KE
- http://www.youtube.com/watch?v=91y74PXa58s
- http://www.youtube.com/watch?v=_nDLl9_tUUE
- http://www.youtube.com/watch?v=xMYR0YPd0Q0
- http://www.youtube.com/watch?v=u3WQ5G71zeg
- http://www.youtube.com/watch?v=u25afgaCPTk
- http://www.youtube.com/watch?v=jwtAFA25Fts
- http://www.youtube.com/watch?v=9eb_PTZ42EA
- http://www.youtube.com/watch?v=dFJb4Lql5J0
- http://www.youtube.com/watch?v=tiZY9u6DCn8
- http://www.youtube.com/watch?v=4nCfjd_MZjl
- http://www.youtube.com/watch?v=a5pnrqOiOPE
- http://www.youtube.com/watch?v=dlBuosdRo1E
- http://www.youtube.com/watch?v=XVdcMrt8QcM
- http://www.youtube.com/watch?v=klT8o6lGprs
- http://www.youtube.com/watch?v=9qml9WNgMRo
- http://www.youtube.com/watch?v=GPVerlZtPqY
- http://www.youtube.com/watch?v=iuJq865-ihE
- http://www.youtube.com/watch?v=GBkHkL3UrBA
- http://www.youtube.com/watch?v=QJT1LiGohLs
- http://www.youtube.com/watch?v=wiCaiSc9GDo
- http://www.youtube.com/watch?v=aQPWTyuSgNw
- http://www.youtube.com/watch?v=goqTiEqw_tw
- http://www.youtube.com/watch?v=AqMvusbCUs0
- http://www.youtube.com/watch?v=ZE-hYy0WTQw
- http://www.youtube.com/watch?v=bDmRjiSj4PU
- http://www.youtube.com/watch?v=RknGf0M68yM
- http://www.youtube.com/watch?v=74q2CSob6KE
- http://www.youtube.com/watch?v=--lmC9ilKf8
- http://www.youtube.com/watch?v=gdXkdHQKoOQ
- http://www.youtube.com/watch?v=S2l0j2GxjTQ
- http://www.youtube.com/watch?v=_v6nUre2b5E
- http://www.youtube.com/watch?v=KBOIHNIcbJA

Display name of uploader: Sasquatch Chronicles Podcast

Hello. You are not the copyright owner of this program. Please impersonate my video. If Wes had any problems, he would contact me instead of taking video like this. This is an act that harms others. Respect. Larry

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Larry Laflamme

109 Forest Ave, Caroga Lake

Caroga Lake, New York 12032 US

larrylaflamme14@gmail.com

9144016910

Help center • Email options • Report spam

©2017 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA